UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————————
TIMOTHY MAYO, *et al*.                                   )
                                                         )
         Plaintiffs,                                     )
                                                         )
         v.                                              )
                                                         )         Civ. No. 14-1751
JONATHAN B. JARVIS, *et al*.                             )
                                                         )
         Defendants,                                     )
                                                         )
STATE OF WYOMING,                                        )
SAFARI CLUB INTERNATIONAL,                               )
                                                         )
         Intervenor-Defendants                           )
———————————————————————————  )


**JOINT UNOPPOSED MOTION OF PLAINTIFFS AND FEDERAL
<u>DEFENDANTS TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE</u>**

Plaintiff and Federal Defendants hereby move to modify the summary judgment briefing

schedule established in the Court's February 10, 2015 Scheduling Order.  *See* ECF No. 24.   The

reason for this request is that, since the Court established the schedule for this case a related case

has been filed and assigned to this Court that raises a substantially similar claim to one of the

claims raised in this case.   In *Sierra Club et al. v. Jewell et al.*, Civ. No. 15-479, which was filed

on April 3, 2015, the Plaintiffs challenge the same agency action – a September 13, 2013

biological opinion addendum concerning the impact of elk hunting in Grand Teton National Park

on grizzly bears – that Plaintiffs challenge in one of their claims in this case.   *Compare* ECF No.

1-1 (Complaint in this case) at ¶¶ 48-51, 52-56, 75-80 *with* ECF No. 1 in No. 15-479 (*Sierra

Club* Complaint).

1

Given the partial overlap in the cases, counsel for Plaintiffs and Federal Defendants in this case have conferred with counsel for the Plaintiffs in *Sierra Club* and these parties agree that it would serve the interests of judicial economy and efficiency for both cases to be briefed on summary judgment on the same schedule.[1]   Because the government's Answer has not yet been filed in *Sierra Club* and the parties in that case are endeavoring to resolve certain Administrative Record issues unique to that case, establishing a unified summary judgment briefing schedule would entail an extension of the briefing schedule in this case.   Accordingly, Plaintiffs and Federal Defendants in this case request that the Court establish the following modified briefing schedule, which the parties have been advised would also be acceptable to the Plaintiffs in *Sierra Club*:

1.      Plaintiffs' opening summary judgment motion shall be filed by July 17, 2015;

2.      Federal Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion shall be filed by September 11, 2015;

3.      Intervenors' cross-motions for summary judgment and oppositions shall be filed by September 18, 2015;

4.      Plaintiffs' oppositions and reply shall be filed by October 16, 2015;

5.      Federal Defendants' reply shall be filed by November 6, 2015; and

6.      Intervenors' replies shall be filed by November 13, 2015.[2]

---

[1] The parties would not oppose consolidation for the purposes of briefing and any argument that may be held, although Plaintiffs in the two cases would object to being compelled to file joint briefs because Plaintiffs here have raised several claims that are not raised in *Sierra Club* and because the challenges to the biological opinion addendum are similar but not identical in the two cases.   Plaintiffs will, however, endeavor to avoid any duplication in briefing to the extent practicable.

[2] This modified briefing schedule is also designed to accommodate a potential development in

2

Counsel for intervenors State of Wyoming and Safari Club International ("SCI") have been contacted with regard to this motion.   Counsel for Wyoming has indicated that Wyoming does not oppose the motion and joins in it.   Counsel for SCI has indicated that SCI has no opposition to the motion.   Accordingly, Plaintiffs and Federal Defendants respectfully request that the Court modify the summary judgment briefing schedule as proposed.

Respectfully submitted,

/s/Eric R. Glitzenstein
Eric R. Glitzenstein
D.C. Bar No. 358287
Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C.   20009
(202) 588-5206
eglitzenstein@meyerglitz.com

*Counsel for Plaintiffs*

/s/ Caitlin B. Imaki (as authorized)
Caitlin B. Imaki
Judith E. Coleman
Trent S.W. Crable
Trial Attorneys
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-0247
Fax: (202) 305-0506
Email: caitlin.imaki@usdoj.gov
        judith.coleman@usdoj.gov

---

this case, namely, the approval of the 2015 Elk Reduction Program in Grand Teton National Park.   If the 2015 Elk Reduction Program is approved, the parties will endeavor to agree on an approach to take that development into consideration.

3

trent.crable@usdoj.gov

*Counsel for Federal Defendants*